| | |
|---|---|
| 1 | ERIC F. HARTMAN (CA SBN 83571) |
|   | LAW OFFICE OF ERIC F. HARTMAN |
| 2 |    300 S. First Street, # 210 |
|   |    San Jose, CA 95113 |
| 3 |    Tel:  408-297-7254 |
| 4 | Attorney for Plaintiffs |
| 5 | KEVIN V. RYAN (CA SBN 118321) |
|   | United States Attorney |
| 6 | Joann M. Swanson (CA SBN 88143) |
|   | Chief, Civil Division |
| 7 | Mark St. Angelo (CA SBN 74045) |
|   | Assistant United States Attorney |
| 8 |    150 Almaden Blvd., Suite 900 |
|   |    San Jose, CA 95113-2009 |
| 9 |    Telephone: 408-535-5087 |
| 10 | Attorneys for Defendant |

*E-FILED ON 1/13/06*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| GEORGE ABASOLO, et al., | **No.  C-05-1588 HRL** |
|    Plaintiffs, | **STIPULATION FOR DISMISSAL, AND [~~PROPOSED~~] ORDER** |
| v. | |
| UNITED STATES OF AMERICA, et al., | |
|    Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, between and among all Plaintiffs and the United States of America, the sole remaining Defendant, that this action may and should be dismissed, with each party to bear his/her/its own costs and attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| LAW OFFICE OF ERIC F. HARTMAN | KEVIN V. RYAN |
| | United States Attorney |
| | |
| /s/ Eric F. Hartman | /s/ Mark St. Angelo |
| Eric F. Hartman | Mark St. Angelo |
| | Assistant United States Attorney |
| Dated:  1/12/2006           . | Dated:  1/12/06 |

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The Clerk of the Court is hereby directed to enter on the docket the dismissal of this case, and Plaintiffs shall not have any liability to the United States, and the United States shall not have any liability to any of Plaintiffs, for any costs of suit or attorneys' fees incurred in connection with this action.

Date:   January 13, 2006                         /s/ Howard R. Lloyd
                                                 Hon. HOWARD R. LLOYD
                                                 United States Magistrate Judge